UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| STEVEN WILLIAM FERRELL, SR. | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:18-CV-217-FL |
| FMR, LLC | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss for lack of subject matter jurisdiction and for failure to state a claim.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 12, 2019, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is GRANTED.

**This Judgment Filed and Entered on May 6, 2019, and Copies To:**
Steven William Ferrell, Sr. (via US mail) 111 Hamby Street, Clayton, NC 27520
Robert A. Star / Alyssa Riggins (via CM/ECF Notice of Electronic Filing)

May 6, 2019                    PETER A. MOORE, JR., CLERK

                                                  /s/ Sandra K. Collins
                                                  (By) Sandra K. Collins, Deputy Clerk